# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GREEN ROCK, LLC,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>INTERNAL REVENUE<br>SERVICE, et al.,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 2:21-cv-1320-ACA<br><br>**Oral Argument Requested** |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Per Rule 56 and this Court's scheduling order (Doc. 16), Green Rock moves for summary judgment. For the reasons stated in its forthcoming brief, there is no genuine dispute of material fact and Green Rock is entitled to judgment as a matter of law. IRS Notice 2017-10 does not comply with the Administrative Procedure Act. Green Rock respectfully asks this Court to enter summary judgment in Green Rock's favor and to vacate (*i.e.*, "set aside") Notice 2017-10. 5 U.S.C. §706(2).

Dated: April 15, 2022                                   Respectfully submitted,

                                                   */s/ Cameron T. Norris*

| | |
|---|---|
| John C. Neiman, Jr.<br>MAYNARD COOPER & GALE P.C.<br>1901 Sixth Avenue North, Ste. 2400<br>Birmingham, AL 35203<br>(205) 254-1228<br>jneiman@maynardcooper.com | Patrick Strawbridge (pro hac vice)<br>CONSOVOY MCCARTHY PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>(703) 243-9423<br>patrick@consovoymccarthy.com<br><br>Cameron T. Norris (pro hac vice)<br>Frank H. Chang (pro hac vice pending)<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com<br>frank@consovoymccarthy.com |

*Counsel for Green Rock, LLC*

## CERTIFICATE OF SERVICE

I e-filed this motion, which will email everyone requiring notice.

Dated: April 15, 2022                                    */s/ Cameron T. Norris*